FILED
2020 Jul-24 PM 03:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **2:15-CR-00384-KOB-GMB** |
| | ) |
| **DARNELL WATKINS** | ) |

## UNITED STATES' RESPONSE TO DEFENDANT'S
## MOTION TO TERMINATE SUPERVISED RELEASE TERM

The United States has consulted with the United States Probation Office and has no objection to the defendant's motion to terminate his supervised release term (*Doc. 2*).

Respectfully submitted this the 24th day of July, 2020,

                                                    PRIM F. ESCALONA
                                                  United States Attorney

                                                  */s/electronic signature*
                                                  JONATHAN S. CROSS
                                                  Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/electronic signature*
JONATHAN S. CROSS
Assistant United States Attorney
