FILED

2020 Jul-30  PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

PROB 35
(ND/AL Rev. 09/09)

**Report and Order Terminating Probation/Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
### for the
### NORTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **Crim. No. 2:15-CR-384-KOB-GMB-1** |
| **Darnell Larry Watkins** | |

On April 17, 2015 , the above named was received on supervised release for a period of 10 years.  The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that Darnell Larry Watkins  be discharged from supervised release.

Respectfully Submitted,

/s James G. Cardwell
James G. Cardwell
Supervising U.S. Probation Officer
205-716-2924

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___30th___ day of __July_____ 2020

Honorable Karon O. Bowdre
United States District Judge